**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**MICHAEL J. GANT,**

　　**Petitioner,**

**v.**                                                    **Case No. 4:21-cv-476-AW-MAF**

**SECRETARY, FLA. DEP'T OF CORR.,**
**et al.,**

　　**Respondents.**

_____/

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

I have considered the magistrate judge's January 10 Report and Recommendation. ECF No. 4. There have been no objections. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1.　　The Report and Recommendation (ECF No. 4) is adopted and incorporated into this order.

2.　　The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order."

3.　　The clerk will then close the file.

SO ORDERED on February 10, 2022.

　　　　　　　　　　　　　　s/ *Allen Winsor*_____
　　　　　　　　　　　　　　United States District Judge